[No. 33190-6-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. OTAGUS
DEMOND COVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05718-9, LeRoy McCullough, J., entered
July 2, 1993. *Dismissed* by unpublished per curiam
opinion.

[No. 33394-1-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
JOY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02074-7, Faith Enyeart Ireland, J.,
entered September 8, 1993. *Affirmed in part* and *reversed
in part* by unpublished opinion per Webster, J., concurred
in by Coleman and Cox, JJ.

[No. 33460-3-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER
GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02358-4, Robert H. Alsdorf, J., entered
October 4, 1993. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 33928-1-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
BOUNTHAVY CHOULAMOUNTRY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 91-1-01242-8, Thomas J. Wynne, J.,
entered December 30, 1993. *Affirmed* by unpublished
opinion per Becker, J., concurred in by Baker, C.J., and
Kennedy, J.